IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | Case No. 4:19cv-00276-FJG |
| LAN-TEL COMMUNICATIONS SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TO ANSWER PLAINTIFFS' COMPLAINT

COMES NOW Defendant Lan-Tel Communications Services, Inc., by and through their attorney of record, Eric Roby, and respectfully requests that this Court grant them an extension of time, up to and including May 16, 2019, to respond to Plaintiffs' Complaint. Suggestions in support of this Motion are set forth below:

1. Counsel for Defendant has been out of the office and requires additional time to file responsive pleadings to Plaintiffs' Complaint.

2. Defendant respectfully request that it be granted an extension up to and including May 16, 2019 to file its response to Plaintiffs' Complaint.

WHEREFORE, Defendant prays that this Court grant him an extension of time, up to and including May 16, 2019, to file its responsive pleadings to Plaintiffs' Complaint and for any other relief the Court deems just and proper.

1

MCELLIGOTT EWAN & HALL
A Professional Corporation

_____
ERIC ROBY – No. 56582
233 West Walnut
Independence, Missouri 64050
TEL: (816) 833-1222; FAX: (816) 836-2437
Eric.Roby@mehkpclaw.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2019, a copy of the above and foregoing was served via the Courts Electronic Notification system to all parties of record:

_____

2